IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

STATE FARM FIRE AND CASUALTY COMPANY                                    PLAINTIFF

VS.                                                          CIVIL ACTION NO. 3:08-cv-661 TSL-JCS

GLADYS REAUX AND
ROBERT SHOULDERS                                                        DEFENDANTS

## ORDER GRANTING MOTION TO DISMISS

On August 31, 2009, this court entered an order stating that this case would be dismissed unless defendants should show cause by September 3, 2009, why the case should not be dismissed. Defendants have not responded, and it is hereby

ORDERED that this case be dismissed.

SO ORDERED this   4th   day of September, 2009.


                                                /s/Tom S. Lee
                                                UNITED STATES DISTRICT JUDGE

1